IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

    Plaintiff,                            No. 2:10-cv-1980 JAM JFM (PC)

    vs.

WARDEN McDONALD, et al.,

    Defendants.                       <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 20, 2011, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on July 26, 2010 and May 31, 2011. Both requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's October 20, 2011 motion is denied.

DATED: November 7, 2011.

                                                UNITED STATES MAGISTRATE JUDGE

12/kly
burt1980.31thr