1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  HARRISON L. BURTON,

11         Plaintiff,            No. 2:10-cv-1980 JAM JFM (PC)

12     vs.

13  WARDEN MCDONALD, et al.,

14         Defendants.      ORDER

15  _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On October 8, 2011, the magistrate judge filed findings and recommendations

20  herein which were served on plaintiff and which contained notice to plaintiff that any objections

21  to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not

22  filed objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  /////

1        1.  The findings and recommendations filed November 8, 2011 are adopted in full;

2    and

3        2.  Plaintiff's October 20, 2011 motion is denied.

4    DATED:    December 15, 2011

5                                              /s/ John A. Mendez

6                                              U. S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26