IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

    Plaintiff,                    No. 2:10-cv-1980-JAM-JFM (PC)

    vs.

WARDEN MCDONALD, et al.,

    Defendants.             <u>ORDER</u>

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2011, plaintiff filed a motion for entry of default against defendants. Court records reflect that waivers of service were executed on behalf of all three defendants on December 12, 2011. <u>See</u> Docket No. 54. Defendants' response to the complain is therefore due sixty days from the date the request for waiver was sent, <u>see</u> Fed. R. Civ. P. 4(d)(3), which in this case was November 17, 2011. <u>See</u> Docket No. 54. Plaintiff's motion for entry of default is premature and will therefore be denied.

/////

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2  December 19, 2011 motion for entry of default is denied.
3  DATED: January 3, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
burt1980.med