IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

      Plaintiff,                 No. 2:10-cv-1980 JAM JFM (PC)

  vs.

WARDEN MCDONALD, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed July 13, 2012, plaintiff's third amended complaint was dismissed and plaintiff was granted thirty days in which to file a fourth amended complaint. On August 3, 2012, plaintiff filed a motion to compel return of his legal materials. Good cause appearing, defendants will be directed to respond within ten days to that motion. The deadline filing of the fourth amended complaint will be vacated and reset by subsequent order..

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's August 3, 2012 motion; and

/////

1

2. The deadline for filing a fourth amended complaint is vacated and will be reset, as appropriate, by further order of court.

DATED: August 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
burt1980.o

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON L. BURTON,

      Plaintiff,               No. 2:10-cv-1980 JAM JFM (PC)

     vs.

WARDEN MCDONALD, et al.,

      Defendants.        <u>NOTICE OF AMENDMENT</u>

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____      Fourth Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff